## DECLARATION OF LISA GREUEL

I, Lisa Greuel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed by Pactiv Corporation ("Pactiv") as a paralegal in its legal department at corporate headquarters in Lake Forest, Illinois.

2. It is my understanding that various lawsuits have been filed against Pactiv in the United States District Court for the Middle District of Alabama and in Covington County, Alabama in connection with the historical operation of a wood treatment facility in Lockhart, Alabama (the "Facility").

3. As a result of those lawsuits, I undertook research to confirm the date that the Facility was first owned and operated by Pactiv's predecessor, Tennessee River Pulp and Paper Company ("TRPPC"). I reviewed the closing binders, closing memorandum, and other correspondence and documents in Pactiv's possession related to the transaction in which TRPPC acquired the operations at the Facility.

4. TRPPC, through a wholly-owned subsidiary, T.D. Lumber Company, acquired the operations at the Facility and other lumber operations from Solon Dixon, the Estate of Charles Dixon, and other Dixon family members as part of an agreement dated December 15, 1977. The transaction subsequently closed on January 19, 1978.

I declare under penalty of perjury that the foregoing is true and correct.

_Lisa D. Greuel_
Lisa Greuel

Executed on February 27, 2006


EXHIBIT C