IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, *as Administratix of the Estate of Riley Cravey, deceased*,<br><br>    Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-191-WKW<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to Respond to Complaint (Doc. # 5), it is ORDERED that said motion is GRANTED. Defendants shall respond to the Complaint on or before March 22, 2006.

DONE this the 6th day of March, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE