Exhibit A
Brief of LP

# *Louisiana-Pacific Corporation*

#1 L-P Drive/P O Box 158
Samoa (Humboldt County) California 95564
Telephone (707)443-7511

*Tel Conu 24 June AA1*
*wy Jim Grassiano*
*Not Recd He(-) But Response*
*→ Fax vik*
*Jmsn Coch*
*24 Jun*

May 25, 1999

Mr Jim Grassiano
Alabama Department of
Environmental Management
1400 Coliseum Blvd
Montgomery, AL 36110

**RE: Louisiana-Pacific Corporation Lockhart, Alabama**

Dear Mr Grassiano

As you know, Louisiana-Pacific Corporation (L-P) has shut down it's facility
located on Highway 55, Lockhart, Covington County, Alabama· Day to day
responsibility for the site now lies with L-P Real Estate Department  The Real
Estate Department will be selling equipment at the site and preparing the site for
permanent closure

Per your discussion with John Harne on May 14,1999, L-P is beginning the
process of closing the CCA Wood Treatment facility located on the site  The
facility is comprised of 5-six feet diameter wood treatment cylinders, 5 steel
product storage tanks, and an approximately 17,300 square feet drip pad  The
tanks, product stored in the tanks and two functional cylinders are being sold to
another wood treatment facility

L-P is in the process of preparing a Closure Plan (CP) in general accordance with
the Alabama Department of Environmental Management (ADEM) Chapter 335-
14-5 Standards for Owners and Operators of Hazardous Waste Treatment,
Storage, and Disposal Facilities (TSD)  We recognize that as a small quantity
generator, L-P is not required to submit a formal CP  However, to effectively close
the facility, general consensus of the closure sequence by ADEM and L-P is
desirable

At this time, L-P would like to proceed with the sale of the equipment and product
at the site  Approximately 700 gallons of CCA 50% concentrate, 17,600 gallons
of CCA 2% working solution, and 22,000 gallons of effluent water will be
transported  Prior to transport, the cylinders, piping and tanks will be washed with
a pressure washer to remove dust  The system will be dismantled and placed on

**Mr. Jim Grassiano**
**Page 2**

trucks for transport   The product and equipment will be weighed and shipped under a bill of lading   Wash water will be collected and disposed of appropriately

Following removal of this equipment, we would like to schedule an on-site meeting with ADEM to discuss the specific details of the CP   Based on this meeting, L-P will compile the CP to be submitted for ADEM's review and approval   Upon implementation of the CP activities, a Closure Report documenting the details of the closure will be prepared for your review

As a separate matter, L-P intends to perform maintenance activities on the remediation system at the site either during the week of June 7, 1999, or during the week of June 14, 1999 (dependant on scheduling)   The system will be shut off during the maintenance period   Down times will be recorded on the on-site log Liquid levels will be measured in select wells during the shut-down and start-up periods

L-P requests a written response to this letter in order to clearly document the sequence of events concerning closure of this site   Should you have any questions or comments please contact Mr   John Harrie at (505) 286-8047, or myself at (707) 269-7502

Sincerely,

Neil Sherman
Environmental Manager


Cc    Lauri Newton, L-P Portland
      Chris Paulson L-P Hayden Lake
      John Harrie



# ADEM
*JHC*

## ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
POST OFFICE BOX 301463 ♦ 1400 COLISEUM BL D 381·2·2059
MONTGOMERY, ALABAMA 36130-1453
WWW ADEM STATE AL US
(334) 271-7700

JAMES W WARR
DIRECTOR

July 26, 1999

DON SIEGELMAN
GOVERNOR

Facsimiles (334)
Administration 271-7950
Air 279-3044
Land 279-3050
Water 279-3051
Groundwater 270-5631
Field Operations 272-8131
Laboratory 277-6718

**CERTIFIED MAIL # Z 385 766 615**
**RETURN RECEIPT REQUESTED**

Mr. Neil Sherman
Environmental Manager
Louisiana-Pacific Corporation
P O Box 726
Evergreen, AL 36401

Re    **Review of General Sequence of Events for Closure of Wood Treatment Facility in Lockhart, Alabama**
Louisiana-Pacific Corporation
Lockhart, Covington County, Alabama
USEPA I D. No ALD 095 687 786

Dear Mr Sherman

The Alabama Department of Environmental Management (ADEM) has completed its review of Louisiana-Pacific's (LP's) letter dated May 25, 1999. LP has presented its proposed sequence of events for proceeding with closure of the Lockhart facility. This letter, as requested, presents ADEM's written response regarding the Department's review of LP's proposal  In particular, LP would like ADEM's consensus with the overall sequence of events outlined in its May 25, 1999 letter prior to proceeding with the sale of equipment and development of the formal closure plan.

LP's treatment facility consists of five-6 ft diameter wood treatment cylinders, five steel product storage tanks, and a drip pad of 17,300 sq ft. LP intends to sell five steel tanks, the product stored in tanks, and two of the functional cylinders to another wood treatment facility  Approximately 700 gallons of CCA 50% concentrate, 17,600 gallons of CCA 2% working solution; and 22,000 gallons of effluent water will be transported off site

LP is in the process of preparing a closure plan to address the drip pad as part of the overall site closure  LP has stated in its May 25, 1999 letter that it is a small quantity generator and is thus not required to submit a formal closure plan.  While the facility is a small quantity generator it is also a permitted Treatment, Storage, and Disposal (TSD) facility and as such is bound by the conditions of LP's Post-Closure permit  Under the permit (which is up for renewal in December 2000), the treatment facility consists of several Solid Waste Management Units (SWMUs)  (For example, the drip pad, several sumps, tanks, and satellite waste accumulation areas are all individual SWMUs.)  Because of this designation, closure of the facility may affect the status of certain SWMUs and the Department can impose requirements to investigate the status of the SWMUs under the permit

Birmingham
110 Vulcan Road
Birmingham, Alabama 35209-4702
(205) 942-6168
(205) 941-1603 [Fax]

Decatur
2708 6th Avenue  SE  Suite B
Decatur  Alabama  35603-1508
(256) 353-1713
(256) 340-9359 [Fax]

Mobile
2204 Perimeter Road
Mobile  Alabama  36615-1131
(334) 450-3400
(334) 479-2593 [Fax]

Mobile – Coastal
4171 Commanders Drive
Mobile  Alabama  36615-1421
(334) 432-6533
(334) 432-6598 [Fax]

Printed on Recycled Paper

Mr Neil Sherman
July 26, 1999
Page 2

In summary, the Post-Closure permit requires that LP complete all ongoing investigation activities under the permit and that all remaining contamination issues be properly resolved for the SWMUs in question under the continuing RFI process. In addition, as a result of the closure of the drip pad it and CCA treatment process, it is apparent to the Department that a formal interim measures (IM) workplan meeting the requirements of Section III.E of the Post Closure Permit is required at this time  The IM Workplan will essentially address closure issues related to the drip pad and related SWMUs and should also meet the performance based closure requirements of ADEM Administrative Code 335-14-5-23 (6).

Regarding the sale of equipment, the product solutions and effluent water will reportedly be weighed and shipped under a bill of lading to the purchaser. Prior to transport, the cylinders, piping, and tanks will be pressure washed with a medium pressure, low volume washer to remove dust. LP will then dismantle the system and place it on trucks for transport to the purchaser. LP states that wash water will be collected and disposed of in accordance with all applicable ADEM regulations. Likewise, ADEM requires that any sludge or solid residuals be removed and properly disposed prior to transport.

LP's proposed schedule implies that a time extension is requested to complete RFI activities. While the Department does not necessarily approve of the time extension, it is understood that we will meet shortly to discuss these matters and at that time, LP will present a schedule to bring all activities back on track.

In conclusion, ADEM concurs with the proposed sequence of events, as reiterated for clarification purposes, by this letter. Also, ADEM can meet with LP at the site to discuss LP's forthcoming remediation plan in greater detail, as requested. Tentatively, ADEM is scheduled to meet with LP on August 3, 1999 in Lockhart to review site conditions and discuss LP's proposed approach for conducting the RFI and interim measures (i e., closure) investigations.

If you have any questions regarding this matter, please call Jim Grassiano at 334-270-5628.

Sincerely,

Wm  Gerald Hardy, Chief
Land Division

WGH/JWG/sem:L.LF7-23-99

cc     Ms. Lauri Newton/LP, Portland
       John Harrie/LP
       Bob Barr/ADEM
       Wes Hardegree/EPA Region 4

File.   LP, Covington/Haz Waste/Correspondence