IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**GINGER CRAVEY, Administratrix of the**
**Estate of RILEY CRAVEY, Deceased**                                                       **PLAINTIFF**

VERSUS                                                    CIVIL ACTION NO. 2:06-CV-191-WKW

**TMA FOREST PRODUCTS GROUP; et al.**                                        **DEFENDANTS**

MOTION TO REMAND

The Plaintiff moves this Court for an order remanding this cause back to the Circuit Court of Covington County, Alabama, because:

1.   This Court lacks subject matter jurisdiction.

2.   There is no diversity of citizenship required by 28 U.S.C. 1332.

3.   Remand is proper under 28 U.S.C. 1447(c) and the reasons and arguments set out in Plaintiff's Memorandum in Support of Motion to Remand.

This 7th day of April, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

       /s/ Gregory A. Cade
GREGORY A. CADE (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206
gregc@elglaw.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on April 7, 2006, I electronically filed the foregoing *Motion to Remand* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.

       /s/ W. Eason Mitchell
W. Eason Mitchell

45566.wpd