**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

April 10, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Ginger Cravey v. TMA Forest Products Group, et al** |
| **Case Number:** | **#2:06-cv-00191-WKW** |
| **Referenced Document:** | **Document #14**<br>**Brief in Support of Motion to Remand** |

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain page 3. The corrected pdf is attached to this document.**