**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 11, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Sherri L. Davis vs. TMA Forest Products group, et al**
**Case Number: 2:06cv191-WKA**

**Pleading : #17 - Brief in Support of Motion to Remand**

**This Notice of Correction has been filed this date to enter the corrected pdf of the referenced document on the docket. This Brief in Support was docketed in error while correcting an entry in a different case.**

**The corrected pdf for the case referenced above is attached to this entry.**