IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, as Administratix of the Estate of Riley Cravey, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-191-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 5, 2006**, why the plaintiff's motion to remand (Doc. # 13) should not be granted.

DONE this the 13th day of April, 2006.

                                               /s/  W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE