IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, as Administratix of the Estate of Riley Cravey, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-191-WKW ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 19) is GRANTED.  The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE