State of Alabama

County of Covington

## AFFIDAVIT

My name is Ginger Cravey. I am the widow and former wife of Riley David Cravey who was born April 5, 1952. He was diagnosed with a brain tumor known as glioblastoma multiforme on July 20, 2004. After suffering for ten months, David died as a result of the glioblastoma multiforme on May 23, 2005.

I am familiar with David's residences for most of his life. He resided in the Florala/Lockhart area for the most of his life. He lived on County Road 20 (Route 2), Florala, AL during his childhood. As an adult, David lived on South 4th Street, Florala, AL for a short period of time. He lived at 40 Seminole Street, Lockhart, AL from 1989 until 2002.

David was employed at the mill for approximately five years during the 1980's. I had no suspicion and David had no knowledge or any reason to suspect that the chemicals from the Louisiana-Pacific wood treatment facility caused his illness and death. I now believe that the chemicals, which were released into the environment at the Louisiana-Pacific facility

caused David's illness and death. I know of no other hazardous or toxic chemicals that would have caused his death. Neither David Cravey nor I knew that the chemicals, which were released into the environment from the Louisiana-Pacific facility, cause or promote cancer.

*Ginger Cravey*
GINGER CRAVEY

Sworn to and subscribed before me this 10 day of April, 2006.

*Wendy W Allen*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45335.wpd