# SEVERN TRENT LABORATORIES, INC.

## PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

```
                         Soil Water Air Protection Enterprise                    PAGE    18
Lot #:  G6C040214                Creosote Sites             Date Reported:   3/27/06
```

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|

**Client Sample ID: 21967 LOCKHART**
Sample #: 009   Date Sampled: 03/03/06 09:25   Date Received: 03/04/06   Matrix: SOLID

Dibenzodioxins and Dibenzofurans, HRGC/HRMS                                       Reviewed

J  Estimated result. Result is less than the reporting limit.

8270C (SIM)                                                                        In Review

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|
| Acenaphthene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Acenaphthylene | 23000 J | 52000 | ng/kg | SW846 8270C SIM |
| Anthracene | 43000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)anthracene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(b)fluoranthene | 430000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(k)fluoranthene | 340000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(ghi)perylene | 320000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)pyrene | 31000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(e)pyrene | 34000 J | 52000 | ng/kg | SW846 8270C SIM |
| Chrysene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Dibenz(a,h)anthracene | 37000 J | 52000 | ng/kg | SW846 8270C SIM |
| Fluoranthene | 930000 | 52000 | ng/kg | SW846 8270C SIM |
| Fluorene | 17000 J | 52000 | ng/kg | SW846 8270C SIM |
| Indeno(1,2,3-cd)pyrene | 230000 | 52000 | ng/kg | SW846 8270C SIM |
| 2-Methylnaphthalene | 19000 J | 52000 | ng/kg | SW846 8270C SIM |
| Naphthalene | 28000 J | 52000 | ng/kg | SW846 8270C SIM |
| Phenanthrene | 690000 | 52000 | ng/kg | SW846 8270C SIM |
| Pyrene | 640000 | 52000 | ng/kg | SW846 8270C SIM |

Results and reporting limits have been adjusted for dry weight.
J  Estimated result. Result is less than RL.

8270C (SIM)                                                                        In Review
       **IN PROGRESS**

Inorganic Analysis                         Soil                                    Reviewed
  Method for Determination      4.2        0.10       %          ASTM D 2216-90
    of Water Content of Soil

(Continued on next page)

# SEVERN TRENT LABORATORIES, INC.
# PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

```
                        Soil Water Air Protection Enterprise            PAGE    17
Lot #:  G6C040214              Creosote Sites           Date Reported:  3/27/06

                                    REPORTING           ANALYTICAL
  PARAMETER                RESULT    LIMIT     UNITS    METHOD

Client Sample ID: 21967 LOCKHART
Sample #:  009    Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID

  ICP-MS (6020)                                                            Reviewed
    Arsenic                 261      0.21      mg/kg    SW846 6020
    Chromium                25.2     0.21      mg/kg    SW846 6020
    Copper                  44.7     0.21      mg/kg    SW846 6020
```

Results and reporting limits have been adjusted for dry weight.

```
  Dibenzodioxins and Dibenzofurans, HRGC/HRMS                              Reviewed
    2,3,7,8-TCDD            4.5                pg/g     SW846 8290
    Total TCDD              65                 pg/g     SW846 8290
    1,2,3,7,8-PeCDD         51                 pg/g     SW846 8290
    Total PeCDD             380                pg/g     SW846 8290
    1,2,3,4,7,8-HxCDD       110                pg/g     SW846 8290
    1,2,3,6,7,8-HxCDD       350                pg/g     SW846 8290
    1,2,3,7,8,9-HxCDD       340                pg/g     SW846 8290
    Total HxCDD             2700               pg/g     SW846 8290
    1,2,3,4,6,7,8-HpCDD     7100 D             pg/g     SW846 8290
    Total HpCDD             13000              pg/g     SW846 8290
    OCDD                    39000 D            pg/g     SW846 8290
    2,3,7,8-TCDF            34 CON             pg/g     SW846 8290
    Total TCDF              130                pg/g     SW846 8290
    1,2,3,7,8-PeCDF         49                 pg/g     SW846 8290
    2,3,4,7,8-PeCDF         73                 pg/g     SW846 8290
    Total PeCDF             440                pg/g     SW846 8290
    1,2,3,4,7,8-HxCDF       340                pg/g     SW846 8290
    1,2,3,6,7,8-HxCDF       180                pg/g     SW846 8290
    2,3,4,6,7,8-HxCDF       150                pg/g     SW846 8290
    1,2,3,7,8,9-HxCDF       4.6 J              pg/g     SW846 8290
    Total HxCDF             3200               pg/g     SW846 8290
    1,2,3,4,6,7,8-HpCDF     4600 D             pg/g     SW846 8290
    1,2,3,4,7,8,9-HpCDF     76 J,D             pg/g     SW846 8290
    Total HpCDF             8200               pg/g     SW846 8290
    OCDF                    2200 D             pg/g     SW846 8290
```

Results and reporting limits have been adjusted for dry weight.
D  Result was obtained from the analysis of a dilution.
CON Confirmation analysis.

(Continued on next page)