**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                TELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          **Ginger Cravey v. TMA Forest Products Group, et al.**

**Case Number:**         **#2:06-cv-00191-WKW**

**Referenced Document:** Document #22
                         Response to Motion

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**