

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama



```
 Corporation                                             D/C 731-089
   Legal Name:    Lockhart Lumber Company, Inc.

   Place Of Inc:  Covington County

   Date Of Inc.:  08-30-1958   Merged.: 11-01-1978

   Merged Into.:  D & D Lumber Company, Inc.

   Reg Agent...:  * Not On Data Base

   Prin Address:  LOCKHART, AL

   Capital Amt.:  $125,000 Authorized  $25,000 Paid In

   Nat Of Bus..:  MFG PULPWOOD, WOOD CHIPS, PAPER WOOD, ETC

   Names Of Inc:  JACKSON, C M
                  LITTLE, GROVER H
                  DIXON, SOLON
                  DIXON, CHARLES
```

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT 1



# TRANSACTIONS
Office of the Secretary of State
State of Alabama

---



```
Corporation                                                    D/C 731-089
  Legal Name:   Lockhart Lumber Company, Inc.


                ---- Legal Name Merged In: ------------------------------------
11-01-1978..:   Conecuh Lumber Company, Incorporated
```

[PREVIOUS PAGE]

---

© 2006, Office of the Secretary of State, State of Alabama