

# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 731-086
  Legal Name:    D & D Lumber Company, Inc.

State Of Inc:    Delaware

Qualified...:    12-17-1957   Withdrawn.: 11-01-1978

Date Of Inc.:    * Not On Data Base

Reg Agent...:    DIXON, SOLON
                 ANDALUSIA, AL

Prin Address:    100 WEST TENTH ST
                 WILMINGTON, DE

Nat Of Bus..:    MFG, DEAL IN WOOD CHIPS, WOOD PRODUCTS, ETC
```

**TRANSACTION LIST**         **← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
3



# TRANSACTIONS
Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                            F/C 731-086
  Legal Name:   D & D Lumber Company, Inc.


                   ---- Legal Name Changed From: ------------------------------------
03-13-1961..:    D & D Chips, Inc.


                   ---- Legal Name Merged In: ----------------------------------------
11-01-1978..:    Lockhart Lumber Company, Inc.


                   ---- Miscellaneous Filing Entry: ------------------------------------
11-01-1978..:    AMENDMENT FILED

03-13-1961..:    AMENDMENT FILED

**← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama