


# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama


INITIATE NEW BROWSE

```
Corporation                                                    D/C 054-257
  Legal Name:    D & D Lumber Company, Inc.

Place Of Inc:    Montgomery County

Date Of Inc.:    11-13-1978

Reg Agent...:    * Not On Data Base

Prin Address:    MONTGOMERY, AL

Capital Amt.:    $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:    LUMBER TIMBER AND FOREST PRODUCTS ETC

Names Of Inc:    ALLERSMEYER, PAUL S
                 HOENIGMANN, JOHN S
                 HENNELLY, THOMAS G
```

← PREVIOUS PAGE

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
9



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---



```
Corporation                                                    D/C 054-271
  Legal Name:   Lockhart Lumber Company, Inc.

  Place Of Inc: Montgomery County

  Date Of Inc.: 11-13-1978

  Reg Agent...: * Not On Data Base

  Prin Address: MONTGOMERY, AL

  Capital Amt.: $1,000 Authorized   $1,000 Paid In

  Nat Of Bus..: LUMBER, TIMBER AND FOREST PRODUCTS

  Names Of Inc: ALLERSMEYER, PAUL S
                HOENIGMANN, JOHN S
                HENNELLY, THOMAS C
```

© 2006, Office of the Secretary of State, State of Alabama