IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GINGER CRAVEY, Administratrix of the
Estate of RILEY CRAVEY, Deceased                              PLAINTIFF

VERSUS                               CIVIL ACTION NO. 2:06-CV-191-WKW

TMA FOREST PRODUCTS GROUP; et al.                             DEFENDANTS

## REQUEST FOR ENTRY OF DEFAULT

Comes now the Plaintiff and requests this Honorable Court to enter a default judgment against Defendant D & D Lumber Company, Inc., on the grounds that said Defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure.

Additionally, Plaintiff requests this matter be set for hearing for a determination of damages, and that damages be determined by a jury.

This request, and the affidavit appended hereto, is sent to you in accordance with Rule 55(A) of the Federal Rules of Civil Procedure.

Respectfully submitted this 9th day of May, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on May 9, 2006, I electronically filed the foregoing *Request for Entry of Default* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.
    E. Bryan Nichols, Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

49137.wpd