## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

GINGER CRAVEY, Administratrix of the
Estate of RILEY CRAVEY, Deceased                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-191-WKW

TMA FOREST PRODUCTS GROUP; et al.                   DEFENDANTS


### AFFIDAVIT FOR DEFAULT


W. Eason Mitchell, after first being duly sworn, deposes and says that he

is the counsel for the Plaintiff in the above entitled and numbered action.

That according to the records of the Circuit Court of Covington County,

Alabama, in Civil Action No. CV2006-0022, the Defendant D & D Lumber

Company, Inc., was on February 8, 2006, duly served with summons and a copy

of the complaint on Paul S. Allersmeyer, Director, Vice-President and Treasurer

of D & D Lumber Company, Inc., and John S. Hoenigmann, an incorporator of

D & D Lumber Company, Inc., said Defendant within 30 days after service of the

summons and complaint upon them were required to serve and file an answer,

responsive pleading, or motion; that said Defendant has not served or filed

any answer, responsive pleading, or motion which would toll the time for

filing an answer herein; that, therefore, said Defendant is now in default;

that to the best of Affiant's knowledge and belief said Defendant is not an

infant or incompetent person or in the Military service within the purview

of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

That this affidavit is made in compliance with Rule 55(A) of the

Federal Rules of Civil Procedure, for the purpose of requesting this Court at

this time to enter a default judgment against said Defendant.

_____

W. Eason Mitchell
Attorney for Plaintiff

Sworn to and subscribed before me this the 9th day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

9-25-2009



49091.wpd