**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

May 11, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Ginger Cravey v. TMA Forest Products Group, et al. |
| **Case Number:** | #2:06-cv-00191-WKW |
| **Referenced Document:** | Document #2<br>Notice of Removal |

**This notice has been docketed to enter the proof of service into the record as an attachment to the referenced document which was omitted at the original time of filing. The pdf of the proof of service is attached to this notice.**