IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, as Administratix of the Estate of Riley Cravey, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:06-CV-191-WKW |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #32) filed on May 11, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE