IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GINGER CRAVEY, as Administratix of | ) | |
| the Estate of Riley Cravey, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-191-WKW |
| | ) | |
| TMA FOREST PRODUCTS GROUP, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE