IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, as Administratrix of the Estate of RILEY CRAVEY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)     **CASE NUMBER:**<br>)     **2:06-cv-191-WKW-DRB**<br>)<br>)<br>)<br>)<br>)<br>) |

**SPECIAL APPEARANCE OF D & D LUMBER COMPANY, INC.**

Defendant D & D Lumber Company, Inc. ("D & D Lumber") submits this Special Appearance for the limited purpose of opposing Plaintiff's Request for Entry of Default. D & D Lumber requests that this Honorable Court enter an order denying Plaintiff's Request for Entry of Default because Plaintiff fraudulently joined D & D Lumber. D & D Lumber also submits that process and service of process are defective in this matter. D & D Lumber discusses these issues in further detail in its Opposition to Plaintiff's Request for Entry of Default and Motion to Dismiss, which has been filed contemporaneous herewith.

1

01338209.1

          Respectfully Submitted,

              s/ E. Bryan Nichols
          H. Thomas Wells, Jr.
          Bar Number: WEL004
          twells@maynardcooper.com
          John A. Earnhardt
          Bar Number: EAR006
          jearnhardt@maynardcooper.com
          E. Bryan Nichols
          Bar Number: NIC036
          bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

          John C. Berghoff Jr
          Mark R. Ter Molen
          Matthew C. Sostrin
          *Admitted Pro Hac Vice*

          MAYER, BROWN, ROWE & MAW, LLP
          71 S. Wacker Drive
          Chicago, Illinois 60606

          Attorneys for Defendant
          *D & D Lumber Company, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2006, I served the foregoing upon the following persons via U.S. Mail:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL 36101

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS 39703

Robert L. Palmer
Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222

                s/ E. Bryan Nichols
                E. Bryan Nichols
                1901 Sixth Avenue North
                Suite 2400
                Birmingham, Alabama 35203
                Telephone: (205) 254-1184
                Facsimile: (205) 254-1999
                E-mail: bnichols@maynardcooper.com
                Bar Number: NIC036

01338209.1