**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 19, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Ginger Cravey v. TMA Forest Products Group, et al.**

**Case Number:**     **#2:06-cv-00191-WKW**

**Referenced Document:**   **Document #41**
                           **Motion to Appear Pro Hac Vice**

**This notice has been docketed to enter the corrected pdfs of the certificates of good standing filed as attachments to the referenced document into the record. The original pdf did not contain the proper certificates of good standing. The corrected pdfs are attached to this notice.**