

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**         }

                                                     } ss.

**NORTHERN DISTRICT OF GEORGIA**       }

        I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

        **DO HEREBY CERTIFY** that **BERNARD TAYLOR, State Bar No. 699625,** was duly admitted to practice in said Court on August 9, 1992, and is in good standing as a member of the bar of said Court.

        Dated at Atlanta, Georgia, this 10th day of January, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

