**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **GINGER CRAVEY, as** | │ |
| **Administratrix of the Estate of** | │ |
| **RILEY CRAVEY, Deceased,** | │ |
| | │ |
| **PLAINTIFF** | │ |
| | │ |
| **vs.** | │  **Case No. 2:06-cv-00191-WKW-SRW** |
| | │ |
| **TMA FOREST PRODUCTS** | │ |
| **GROUP, etc., et al.,** | │ |
| | │ |
| **DEFENDANTS** | │ |

**NOTICE OF APPEARANCE**

Laura Proctor, Esq. hereby enters her appearance as additional counsel for Defendant Louisiana-Pacific Corporation in the above-styled action.  The undersigned requests that full copies of all pleadings, motions, notices, etc. be served upon her.

Respectfully submitted this 23rd day of May, 2006.

/s/ Laura Proctor
Laura Proctor
Alabama Bar No. ASB-1504-R54L

Associate General Counsel, Louisiana-Pacific
    Corporation

Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219

OF COUNSEL:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2006, I filed the foregoing via the CM/ECF

system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

H. Thomas Wells, Jr.

John A. Earnhardt

E. Bryan Nichols


/s/ Laura Proctor
Of Counsel

2