**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          ELEPHONE (334) 954-3600

May 23, 2006

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style: Ginger Cravey v. Pactiv Corporation et al

Case No.:   2:06cv191-WKW
            Document 43

This Notice of Correction was filed in the referenced case this date to replace the first page of the Amended Complaint with the corrected pdf. The style of this case should reflect Cravey v. Pactiv Corporation et al