IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**GINGER CRAVEY, Administratrix of the
Estate of RILEY CRAVEY, Deceased**                                    **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 2:06-CV-191-WKW**

**JURY TRIAL DEMANDED**

**PACTIV CORPORATION; et al.**                                            **DEFENDANTS**

### FIRST AMENDED COMPLAINT

### JURISDICTION

1.  This action makes claims for damages for violation of the laws of the State of Alabama. The Plaintiff specifically does not claim any damages for violation of federal statutes or law.

### VENUE

2.  Venue of this action is proper in Covington County, Alabama, because many of the wrongful acts which caused the Plaintiff's injuries and