IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GINGER CRAVEY, as Administratix of the Estate of Riley Cravey, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>TMA FOREST PRODUCTS GROUP, et al. )<br><br>Defendants. ) | <br><br><br><br><br><br>CASE NO. 2:06-CV-191-WKW |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 41) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

                            /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE