**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS, JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED MAY 23, 2006 | AT 4:00 A.M./P.M. |
| DATE COMPLETED MAY 23, 2006 | AT 4:50 A.M./P.M. |

GINGER CRAVEY          )   Civil Action No.
                       )   2:06cv191-WKW
vs.                    )
                       )
PACTIV CORPORATION, ET AL.  )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty. Gregory Andrews Cade | X | Atty. Douglas Arnold |
| Atty. William Eason Mitchell | X | Atty. Dennis Bailey |
| Atty. Robert Leslie Palmer | X | Atty. Laura Proctor |
|  | X | Atty. Bernard Taylor |
|  | X | Atty. Orlyn Lockard |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Deputy | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

STATUS CONFERENCE

4:00   Status Conference commenced. Introduction of attorneys and review of parties;
Court advised by counsel that these cases will have two defendants only - Pactiv Corporation and Louisiana-Pacific Corporation.
Parties agree there are no distinctives other than damages; parties also agree that the agreed motion to dismiss will dispose of the motion to dismiss D&D Lumber Company and that the motion to dismiss includes the motion to strike and request for entry of default.
Continuing conduct issues debated by both parties;
Court advises parties they are allowed to amend the complaint to allege wrongful death claims.
Parties advised by Court that cases will be consolidated for discovery purposes only and that Magistrate Judge Charles S. Coody will handle these issues;
Orders to issue concerning pending motions;
4:50   Conference concluded.

2