IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GINGER CRAVEY, *as Administratix of* *the Estate of RILEY CRAVEY, deceased*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:06-cv-00191-WKW-DRB |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the *Defendants' Joint Motion to Compel Production of Prior Witness Statements* (Doc. 59, filed June 28, 2006), it is hereby

**ORDERED** that the Plaintiff file a response not later than July 7, 2006 to show any cause why the motion should not be granted.

Done this 30th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE