**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 27, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Cravey v. Pactiv Corporation et al**

**Case Number:    2:06cv00191-LES**

**Referenced Pleading:    Motion to Dismiss; Answer to Amended Complaint**

**Docket Entry Number:    73 & 74**

**The referenced pleadings were filed on \*\*\*December 22, 2006\*\*\* in this case and are hereby STRICKEN as an erroneous docket entry. Pursuant to the consolidation order entered in this case, all future pleadings are only to be filed in the lead case 2:06cv83-LES. Parties are instructed to disregard #73 & 74 docketing entries, which have been stricken from the record as docketing errors.**